People v Carchi (2026 NY Slip Op 50349(U))

[*1]

People v Carchi

2026 NY Slip Op 50349(U) [88 Misc 3d 1236(A)]

Decided on March 18, 2026

Criminal Court Of The City Of New York, New York County

Coleman, J.

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on March 18, 2026
Criminal Court of the City of New York, New York County

The People of the
State of New York, Plaintiff,

againstMayco Carchi, Defendant.

Index Nos. CR-036510-25NY, CR-036511-25NY

Alvin L. Bragg, Jr., District Attorney, New York County (Karl Armbrust of counsel),
for plaintiff 
New York County Defender Service, New York City (Paul Lee of counsel), for
defendant

Ilona B. Coleman, J.

In an omnibus motion, the defense moves for an order suppressing identification testimony at
trial related to a prior, out-of-court identification (United States v Wade, 388 US 218
[1967]; Dunaway v New York, 422 US 200 [1979]), and precluding the People from
introducing evidence of prior bad acts at trial.
First, the motion to suppress identification testimony is granted to the extent that a
Wade/Dunaway hearing will be conducted before trial. The parties' allegations
create factual disputes that must be resolved at an evidentiary hearing (see CPL 710.60
[4]). 
Next, the motion to preclude evidence of prior bad acts is referred to the trial court. The
People are directed to provide supplemental discovery to the defense as soon as practicable and
at least 15 calendar days prior to the first scheduled trial date (CPL 245.20 [3]; CPL 245.10 [1]
[b]). 
This constitutes the decision and order of the court.
Dated: March 18, 2026New York, NYIlona B. Coleman, J.C.C.